

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEROY ANTONIO WILSON,<br>    Petitioner, | : | CIVIL ACTION |
| v. | : | |
| JULIO M. ALGARIN, et al.,<br>    Respondents. | : | NO. 07-5488 |

## ORDER

AND NOW, this 15th day of December, 2008, upon consideration of the petition for a writ of habeas corpus, Respondents' answers and appended documents, and the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The petition for a writ of habeas corpus is **DENIED AND DISMISSED**;

3. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right and because reasonable jurists would not find the correctness of the procedural aspects of this decision debatable. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_____
LEGROME D. DAVIS, J.